# ELECTRONIC RECORD

COA #   05-14-00123-CR                    OFFENSE:   49.04

STYLE:   The State of Texas v. Jessica Ruth Moore                    COUNTY:   Dallas

COA DISPOSITION:   REVREM                    TRIAL COURT:   County Criminal Court No. 2

DATE: 10/30/2014                    Publish: NO   TC CASE #:   MB13-50157

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   The State of Texas v. Jessica Ruth Moore                    CCA #:   1517-14

___APPELLEE'S___ Petition                    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                    DATE: _____

___REFUSED___                    JUDGE: _____

DATE: _02/25/2015_                    SIGNED: _____        PC: _____

JUDGE: _Per Curiam_                    PUBLISH: _____        DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD